AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Charles Nemon Vandross,<br>*Petitioner*<br>v.<br>Bryan Stirling, *Commissioner, South Carolina Department of Corrections, and Broad River Correctional Institution*,<br>*Respondent* | )<br>)<br>)  Civil Action No.   1:17-cv-02484-RMG<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: Summary judgment is hereby entered for the respondent, Bryan Stirling, *Commissioner, South Carolina Department of Corrections, and Broad River Correctional Institution*.  The petitioner, Charles Nemon Vandross, shall take nothing of the respondent and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting the respondent's motion for summary judgment.

Date:  July 20, 2018                                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                        s/B. Goodman
                                                                                            _____
                                                                                            *Signature of Clerk or Deputy Clerk*